# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BAEZ, <br><br> Petitioner, <br><br> vs. <br><br> BOARD OF PAROLE HEARINGS, <br><br> Respondent. | Case No. CV 09-3836-GAF (DTB) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. No objections to the Amended Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: June 13, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

1