JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BAEZ, <br> Petitioner, <br> vs. <br> BOARD OF PAROLE HEARINGS, <br> Respondent. | Case No. CV 09-3836-GAF (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 13, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

1